# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE COMPANY,**<br>**450 Plymouth Road,**<br>**Plymouth Meeting, PA 19462,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**ARROW TRUCKING CO.,**<br>**4230 South Elwood Avenue,**<br>**Tulsa, OK 74107-5823,**<br><br>**PIEL CORPORATION,**<br>**4230 S. Elwood Avenue,**<br>**Tulsa, OK 74107,**<br><br>**TBS FACTORING SERVICE, LLC,**<br>**FBO SUPER B EXPRESS TRANSPORT,**<br>**P.O. Box 18109,**<br>**Oklahoma City, OK 73154,**<br><br>**CHEETAH TRANSPORTATION,**<br>**c/o Mr. Brian Matheny,**<br>**Greatwide Truckload Management,**<br>**P.O. Box 3068,**<br>**Mooresville, NC 28117,**<br><br>**IVY EXPRESS, INC.,**<br>**6112 N. Mesa,**<br>**Suite 240,**<br>**El Paso, Texas 79912,**<br><br>**HICKS TRUCKING INC.,**<br>**P.O. Box 190,**<br>**Locust Fork, AL 35172,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**Civil Action No.**<br>)<br>)<br>)<br>)<br>**COMPLAINT IN INTERPLEADER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

AMEX TRANSPORT, INC.,                                    )
c/o Mr. Chris Minelli,                                   )
Riviera Finance of Texas, Inc.,                          )
101 Philippe Parkway, Suite 305,                         )
Safety Harbor, FL 34695,                                 )
                                                         )
LOGGINS LOGISTICS, INC.,                                 )
5706 Commerce Square,                                    )
Jonesboro, AR 72401,                                     )
                                                         )
ANGLIN TRANSPORTATION, INC.,                             )
c/o Apex Capital LP,                                     )
P.O. Box 961029,                                         )
Fort Worth, Texas 76161-1029,                            )
                                                         )
UNIVERSAL HAULING, INC.,                                 )
c/o Apex Capital LP,                                     )
P.O. Box 961029,                                         )
Fort Worth, Texas 76161-1029,                            )
                                                         )
J.W. TRUCKING, LLC,                                      )
P.O. Box 229,                                            )
Urbana, MO 65767,                                        )
                                                         )
EAST WEST MOTOR EXPRESS, INC.,                           )
11740 JB Drive,                                          )
Black Hawk, SD 57718,                                    )
                                                         )
OWENS TRANSPORTATION, INC.,                              )
6058 Newberry Road,                                      )
Winnsboro, SC 29180,                                     )
                                                         )
C & W TRUCKING, INC.,                                    )
P.O. Box 322,                                            )
339 Cox Road,                                            )
Altamont, TN 37301,                                      )
                                                         )
CROSLIN TRUCKING, INC.,                                  )
P.O. Box 418,                                            )
201 E. 8th Street,                                       )
Owasso, OK 74055,                                        )
                                                         )

ROCKMAN TRANSPORT, INC.,                            )
c/o First Advantage Transportation Services,       )
P.O. Box 710,                                      )
Lake Havasu City, AZ 86405,                        )
                                                   )
M.P. BARRETT TRUCKING, INC.,                       )
P.O. Box 627,                                      )
Buckman, MN 56317,                                 )
                                                   )
WINDCHASER TRANSPORT, INC.,                        )
c/o D&S Factors, LLC,                              )
P.O. Box 10,                                       )
New Plymouth, ID 83655,                            )
                                                   )
PRE-DAWN TRANSPORTATION,                           )
c/o D&S Factors, LLC,                              )
P.O. Box 10,                                       )
New Plymouth, ID 83655,                            )
                                                   )
CLYDESDALE TRANSPORT,                              )
c/o D&S Factors, LLC,                              )
P.O. Box 10,                                       )
New Plymouth, ID 83655,                            )
                                                   )
TBS FACTORING SERVICE, LLC,                        )
FBO K&J Trucking Company,                          )
P.O. Box 18109,                                    )
Oklahoma City, OK 73154,                           )
                                                   )
MARQUARDT TRANSPORTATION,                          )
P.O. Box 1098,                                     )
Yankton, SD 57078,                                 )
                                                   )
PYRAMID SPECIALIZED CARRIERS, INC.,                )
10 East Main,                                      )
Racine, MN 55967,                                  )
                                                   )
KISTNER ENTERPRISES, INC.,                         )
P.O. Box 111,                                      )
Waverly, KS 66871,                                 )
                                                   )
                                                   )
                                                   )

3

AMERICAN TRANSPORT, INC.,                )
P.O. Box 640469,                         )
Pittsburgh, PA 15264,                    )
                                         )
PETER TRHAC TRUCKING,                    )
P.O. Box 27693,                          )
San Diego, CA 92198,                     )
                                         )
BLUE HARLEY INVESTMENTS LLC,             )
15518 Peach Road,                        )
Cedaredge, CO 81413,                     )
                                         )
SOLO EXPRESS, INC.,                      )
37561 Cedar Lane,                        )
Poteau, OK 74953,                        )
                                         )
JRK TRUCKING, INC.,                      )
301 VZCR 4301,                           )
Ben Wheeler, Texas 75754,                )
                                         )
THE CAT TRANSPORTATION,                  )
c/o Riviera Finance,                     )
1600 Airport Freeway, Suite 208,         )
Bedford, Texas 76022,                    )
                                         )
DAD TRANSPORT, INC.,                     )
c/o Sunbelt Finance, LLC,                )
P.O. Box 17000,                          )
Jonesboro, AR 72403,                     )
                                         )
TH BROWN TRUCKING,                       )
c/o Capital Partners Financial Corp.,    )
P.O. Box 2641,                           )
Carlsbad, CA 92018,                      )
                                         )
DOAK TRANSPORT, INC.,                    )
P.O. Box 15087,                          )
Las Cruces, NM 88004,                    )
                                         )
THE MASON AND DIXON LINES, INC.,         )
P.O. Box 2122,                           )
Warren, MI 48090,                        )
                                         )

4

UNIVERSAL AM-CAN LTD.,                          )
P.O. Box 200,                                   )
Warren, MI 48090-2007,                          )
                                                )
LOUISIANA TRANSPORTATION, INC.,                 )
12755 E. Nine Mile Road,                         )
Warren, MI 48089,                               )
                                                )
NORCO CORPORATION,                              )
c/o Jim Colon,                                  )
8665 SE I-10,                                   )
Sealy, Texas 77474,                             )
                                                )
HOMELAND TRUCKLINES,                            )
1517 W.N. Carrier Parkway,                      )
Suite 146,                                      )
Grand Prairie, Texas 75050,                     )
                                                )
TWIN STAR TRANSPORT,                            )
10 Remington Blvd.,                             )
Ronkonkoma, NY 11779,                           )
                                                )
HAMILTON TRANSPORTATION, LLC.,                  )
1751 Shirley Road,                              )
Bunkie, LA 71322,                               )
                                                )
C&N EXPRESS,                                    )
2291 County Road 2720,                          )
Mineola, Texas 75773,                           )
                                                )
TENNESSEE STEEL HAULERS, INC.,                  )
2607 Brick Church Pike,                         )
Nashville, TN 37207,                            )
                                                )
FREIGHT CONNECTION, INC.,                       )
3340 Greens Road,                               )
Building "A", Suite 260,                        )
Houston, Texas 77032,                           )
                                                )
WERNER, LLC,                                    )
18 Washington St.,                              )
Burnsville, MS 38833-9308,                      )
                                                )

INSIGHT TECHNOLOGY, INC.,　　　　　)
P.O. Box 27405,　　　　　　　　　　)
Salt Lake City, UT 84127-0405,　　　)
　　　　　　　　　　　　　　　　　　)
INDIAN NATION EXPRESS,　　　　　　)
c/o National Bankers Trust Corporation,　)
P.O. Box 1752,　　　　　　　　　　　)
Memphis, TN 38101-1752,　　　　　　)
　　　　　　　　　　　　　　　　　　)
MANNA EXPRESS,　　　　　　　　　　)
c/o National Bankers Trust Corporation,　)
P.O. Box 1752,　　　　　　　　　　　)
Memphis, TN 38101-1752,　　　　　　)
　　　　　　　　　　　　　　　　　　)
SWAIM TRANSPORT, LTD., INC.,　　　)
5014 W. 61st Street,　　　　　　　　)
Tulsa, OK 74131,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
MANEES TRUCKING LLC,　　　　　　　)
7910 Old Hwy 60,　　　　　　　　　　)
Dudley, MO 63936,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
KUHN TRANSPORTATION, INC.,　　　　)
1318 S. Pearl Avenue,　　　　　　　　)
Joplin, MO 64804,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
TPC SYSTEMS, INC.,　　　　　　　　　)
6502 N. Howard,　　　　　　　　　　　)
Spokane, WA 99208,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
GETERDUN LOGISTICS, INC.,　　　　　)
c/o Sunbelt Finance, LLC,　　　　　　　)
P.O. Box 17000,　　　　　　　　　　　)
Jonesboro, AR 72403,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
SNS COURIER SERVICE, LLC,　　　　　)
c/o Sunbelt Finance, LLC,　　　　　　　)
P.O. Box 17000,　　　　　　　　　　　)
Jonesboro, AR 72403,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

J&E TRUCKING, INC.,                          )
c/o Sunbelt Finance, LLC,                    )
P.O. Box 17000,                              )
Jonesboro, AR 72403,                         )
                                             )
M&M TRUCKING, INC.,                          )
c/o Sunbelt Finance, LLC,                    )
P.O. Box 17000,                              )
Jonesboro, AR 72403,                         )
                                             )
THOMAS ENTERPRISE TRUCKING,                  )
c/o CJM Financial Inc.,                      )
P.O. Box 727,                                )
Ankeny, IA 50021,                            )
                                             )
HTS EXPRESS,                                 )
c/o CJM Financial Inc.,                      )
P.O. Box 727,                                )
Ankeny, IA 50021,                            )
                                             )
MID SOUTH WIRE - MS LOGISTICS,               )
1070 Visco Drive,                            )
Nashville, TN 37210,                         )
                                             )
FLEETWOOD LOGISTICS INC.,                    )
P.O. Box 430,                                )
Diboll, Texas 75941,                         )
                                             )
COOK LOGISTICS INC.,                         )
W78377 County Road A,                        )
Delavan, WI 53115,                           )
                                             )
MONTANA AUTO TRANSPORT,                      )
1538 Pawling Drive,                          )
El Paso, Texas 79928,                        )
                                             )
GRAPEVINE FACTORING LLC,                     )
3570 Rose Cottage Lane,                      )
Cumming, GA 30028,                           )
                                             )
VETERAN'S EXPRESS,                           )
207 4th East Street,                         )
Uniontown, PA 15401,                         )

MER-TRAN, INC.,                           )
957 N. Hwy 63,                            )
Houston, MO 65483,                        )
                                          )
D L K TRUCKING, INC.,                     )
P.O. Box 848,                             )
Plover, WI 54467,                         )
                                          )
TENDERHEART TRAILER TRANSPORT,            )
P.O. Box 901,                             )
1266 Wolf Front Road,                     )
Van Alstyne, Texas 75495,                 )
                                          )
MID-WAY TRANSPORTATION, INC.,             )
P.O. Box 756,                             )
Hewitt, Texas 76643,                      )
                                          )
EXCALIBER TRANSPORTATION, LLC,            )
4142 Buckingham Dr.,                      )
Grand Island, NE 68803,                   )
                                          )
TBS FACTORING SERVICE, LLC,               )
FBO Morris Trucking,                      )
P.O. Box 268827,                          )
Oklahoma City, OK 73126-8827,             )
                                          )
TBS FACTORING SERVICE, LLC,               )
FBO Falcon Express Courier Service,       )
P.O. Box 268827,                          )
Oklahoma City, OK 73126-8827,             )
                                          )
BIG RIG EXPRESS, INC.,                    )
430 Parker Store Road,                    )
Cedar Grove, TN 38321,                    )
                                          )
TOP FREIGHT TRANSPORTATION,               )
232 E Crosstimbers,                       )
Suite G,                                  )
Houston, Texas 77022,                     )
                                          )
                                          )
                                          )

ELKO H & E TRUCKING, LLC,     )
c/o Capital Partners,     )
P.O. Box 2642,     )
Carlsbad, CA 92018,     )
     )
PACKARD TRANSPORT, INC.,     )
P.O. Box 380,     )
2401 S. Municipal Drive,     )
Channahon, IL 60410,     )
     )
D G KURTZ TRUCKING,     )
c/o Security Credit Corporation,     )
P.O. Box 968,     )
Sioux Falls, SD 57101,     )
     )
H.A.L.O. TRUCKING LLC,     )
c/o Eagle Capital Corporation,     )
P.O. Box 4215,     )
Tupelo, MS 38803,     )
     )
JASPER TRUCKING, INC.,     )
P.O. Box 227,     )
LaCrosse, WA 99143,     )
     )
ABC TRANSPORTATION SERVICE, LLC,     )
c/o TBS Factoring Service,     )
P.O. Box 18109,     )
Oklahoma City, OK 73154,     )
     )
HOLDEN TRUCKING, INC.,     )
RR1, Box 246,     )
Fairview, UT 84629,     )
     )
DAVID HENDERSON,     )
c/o Eagle Capital Corporation,     )
P.O. Box 4215,     )
Tupelo, MS 38803,     )
     )
RONALD LEE MASSIE,     )
d/b/a Massie Transportation,     )
c/o Eagle Capital Corporation,     )
P.O. Box 4215,     )
Tupelo, MS 38803,     )

**JEREMY JAMES AND MARTHA**                                 )
**ROBINSON,**                                               )
**d/b/a JM Farms & Transport,**                             )
**c/o Eagle Capital Corporation,**                          )
**P.O. Box 4215,**                                          )
**Tupelo, MS 38803,**                                       )
                                                            )
**WESTERN INTERNATIONAL LINES, INC.,**                      )
**P.O. Box 8411,**                                          )
**Medford, Oregon 97504,**                                  )
                                                            )
**DALLAS & MAVIS,**                                         )
**c/o Greatwide Truckload Management,**                     )
**P.O. Box 3068,**                                          )
**Mooresville, NC 28117,**                                  )
                                                            )
**ATF TRUCKING, LLC,**                                      )
**c/o Greatwide Truckload Management,**                     )
**P.O. Box 3968,**                                          )
**Mooresville, NC 28117,**                                  )
                                                            )
**HOFFMAN TRANSPORTATION, INC.,**                           )
**P.O. Box 1499,**                                          )
**Chickasha, OK 73023,**                                    )
                                                            )
**P.I.B.H.E. TRANSPORT, LLC,**                              )
**P.O. Box 1873,**                                          )
**Sumner, WA 98390,**                                       )
                                                            )
**SOUTHEAST LOGISTICS, INC.,**                              )
**P.O. Box 1309,**                                          )
**Tuscaloosa, AL 35403,**                                   )
                                                            )
**AETNA FREIGHT LINES,**                                    )
**2507 Youngstown Road SE,**                                )
**Warren OH 33382,**                                        )
                                                            )
**SHARK TRUCKING, INC.,**                                   )
**12106 Mesa Drive,**                                       )
**Houston, Texas 77016,**                                   )
                                                            )
                                                            )

**TRANSPORT CONTINENTAL, INC.,**                )
P.O. Box 609,                                   )
Pharr, Texas 78577,                             )
                                                )
**JOHN PAPENFUSS TRUCKING,**                    )
47306 Tadpole Road,                             )
Perham, MN 56573,                               )
                                                )
**FOURTEEN STAR, LLC,**                         )
4912 Williamson Street,                         )
Dearborn, MI 48126,                             )
                                                )
**P&S TRANSPORTATION, INC.,**                   )
P.O. Box 8250,                                  )
1810 Ave C,                                     )
Ensley, AL 35218,                               )
                                                )
**OMEGA EXPRESS,**                              )
c/o Apex Capital LP,                            )
P.O. Box 961029,                                )
Ft. Worth, Texas 76161-1029,                    )
                                                )
**ALPHA & OMEGA ENTERPRISES,**                  )
c/o Apex Capital LP,                            )
P.O. Box 961029,                                )
Ft. Worth, Texas 76161-1029,                    )
                                                )
**WJ TRUCKING, INC.,**                          )
c/o Apex Capital LP,                            )
P.O. Box 961029,                                )
Ft. Worth, Texas 76161-1029,                    )
                                                )
**BOLIN TRUCKING,**                             )
P.O. Box 538,                                   )
Mackinaw, IL 61755,                             )
                                                )
**ROCA ETERNA TRANSPORTATION,**                 )
c/o Riviera Finance,                            )
8410 N. Sam Houston Parkway W.,                 )
Houston, Texas 77064,                           )
                                                )

11

ZHL TRUCKING GROUP, INC.,        )
2383 McDonald Avenue,            )
Brooklyn, NY 11223,              )
                                 )
S. MARLO, LLC,                   )
d/b/a Outlaw Express,            )
c/o Far West Capital,            )
P.O. Box 962048,                 )
El Paso, Texas 79935,            )
                                 )
TRANSFLEET,                      )
11699 Fenner Road,               )
Perry, MI 48872,                 )
                                 )
INSIGHT TECHNOLOGY, INC.,        )
820 South 300 West,              )
Heber City, UT 84032,            )
                                 )
ATLAS COPCO DRILLING             )
SOLUTIONS, INC.,                 )
P.O. Box 16655,                  )
Kansas City, MO 64133,           )
                                 )
CAROLINA HOTSPOT EXPRESS, INC.,  )
P.O. Box 347,                    )
Madison, SD 57042,               )
                                 )
ARIES FREIGHT SYSTEMS,           )
16554 Air Center Blvd.,          )
Houston, Texas 77032,            )
                                 )
TRANSCO LOGISTICS, LLC,          )
3825 N. 1st Street,              )
Durant, OK 74701,                )
                                 )
BORDERTOWN TRANSPORTATION, INC., )
c/o Transcredit,                 )
9485 Regency Sq Blvd #102,       )
Jacksonville, FL 32225,          )
                                 )
                                 )

MICHAEL D. WHITE,                              )
d/b/a White Trucking,                          )
304 E. Elm Street,                             )
Hadar, NE 68701,                               )
                                               )
BLACKTOP TRANSPORTATION,                       )
259 Shady Hollow Circle, SE,                   )
Cleveland, TN 37323,                           )
                                               )
TSX, INC.,                                     )
c/o Assist Financial Services, Inc.,           )
P.O. Box 347,                                  )
Madison, SD 57042,                             )
                                               )
COWBOY TRUCKING SERVICE LLC,                   )
CAROLINA HOT SHOT,                             )
c/o Assist Financial Services Inc.,            )
P.O. Box 347,                                  )
Madison, SD 57402,                             )
                                               )
TD ENTERPRISES,                                )
P.O. Box 276,                                  )
Meridian, ID 83680,                            )
                                               )
NORSEMEN SPECIALIZED DIVISION, INC., )
106 East Main Street,                          )
Lake Mills, IA 50450,                          )
                                               )
CBS,                                           )
c/o Riviera Finance,                           )
30000 Mill Creek Avenue,                       )
Suite 175,                                     )
Alpharetta, GA 30022,                          )
                                               )
TRANS AGRI, INC.,                              )
371 West Hill Street,                          )
Goldsboro, NC 27534,                           )
                                               )
K&G TRUCKING, LLC,                             )
2128 E. 4th Street,                            )
Pueblo, CO 81001,                              )
                                               )
                                               )

13

**APEX CAPITAL LP,**                          )
**FBO C A T Express Inc.,**                   )
**P.O. Box 961029,**                          )
**Fort Worth, Texas 76161-1029,**            )
                                              )
**NATIONAL BANKERS TRUST**                    )
**CORPORATION,**                              )
**Box 1752,**                                 )
**Memphis, TN 38101,**                        )
                                              )
**B N M TRUCKING INC,**                       )
**P.O. Box 23037,**                           )
**Houston, Texas 77228,**                     )
                                              )
**TRANSPORT FACTORING, INC.,**                )
**P.O. Box 167648,**                          )
**Irving, Texas 75016,**                      )
                                              )
**DIXIE MIDWEST EXPRESS, INC.,**              )
**P.O. Box 5010,**                            )
**Decatur, AL 35601,**                        )
                                              )
**C & J TRUCKING, INC.,**                     )
**P.O. Box 71233,**                           )
**Madison Heights, MI 48071,**               )
                                              )
**JPS TRUCKING, LLC,**                        )
**c/o Far West Capital,**                     )
**P.O. Box 962048,**                          )
**El Paso, Texas 79996,**                     )
                                              )
**GONZALEZ TRUCKING,**                        )
**P.O. Box 796,**                             )
**Columbus, NM 88029,**                       )
                                              )
**ENGLUND EQUIPMENT CO.,**                    )
**P.O. Box 250,**                             )
**Cashion, AZ 85329,**                        )
                                              )
                                              )
                                              )
                                              )
                                              )

GRAHAM TRANSPORT, INC. J.P.,          )
420 Constitution,                     )
New Brighton, PA 15066,               )
                                      )
          Defendants.                 )
                                      )

## I. INTRODUCTION

1.     Plaintiff, Liberty Mutual Insurance Company (LMIC) issued a Property Broker's Surety Bond No. 22018619 (Bond), pursuant to 49 U.S.C. § 13906, on behalf of defendant, Arrow Trucking Co. (Arrow), as principal.

2.     LMIC has received multiple adverse claims against the Bond, which claims in the aggregate exceed the penal sum of the Bond, and, accordingly, LMIC seeks relief in statutory interpleader pursuant to 28 U.S.C. §1335.

3.     In partial consideration for the issuance of the Bond, Arrow and Piel Corporation (Piel) agreed to indemnify and hold harmless LMIC from any damages, losses, costs, and expenses, including attorneys fees, resulting from the issuance of the Bond.

4.     As a sole and proximate result of issuing the Bond, LMIC has suffered damages, losses, costs and expenses, including attorneys fees, and LMIC seeks recovery of such damages, losses, costs and expenses from Arrow and Piel.

## II.   JURISDICTION AND VENUE

5.     Jurisdiction obtains under 28 U.S.C. §1335 and §1352 as more than two of the adverse claimants in this action, both designated as defendants, are of diverse citizenship, the penal sum of the bond is equal to or more than $500.00, and such bond was issued pursuant to the Interstate Commerce Act, a federal statute.

6.     Venue is appropriate as the Bond was issued pursuant to the regulations of the

United States Federal Highway Administration, which agency is located in Washington, D.C.

## III. PARTIES

7.     Plaintiff in interpleader, LMIC, is a Pennsylvania corporation with a principal

place of business located at 450 Plymouth Road, Plymouth Meeting, Pennsylvania 19462.

8.     Defendant, Arrow is, upon information and belief, a Oklahoma company with a

principal place of business located at 4230 South Elwood Avenue, Tulsa, Oklahoma 74107.

9.     Defendant, Piel is, upon information and belief, a Oklahoma corporation with a

principal place of business located at 4230 S. Elwood Avenue, Tulsa, Oklahoma 74107.

10.    Defendant, TBS Factoring Service, LLC, FBO Super B Express Transport, with a

last-known address of P.O. Box 18109, Oklahoma City, Oklahoma 73154, asserts a claim for

unpaid freight bills totaling $2,600.00.

11.    Defendant, Cheetah Transportation, with a last-known address of c/o Mr. Brian

Matheny, Greatwide Truckload Management, P.O. Box 3068, Mooresville, North Carolina

28117, asserts a claim for unpaid freight bills totaling $4,700.00.

12.    Defendant, Ivy Express, Inc., with a last-known address of 6112 N. Mesa, Suite

240, El Paso, Texas 79912, asserts a claim for unpaid freight bills totaling an unknown amount.

13.    Defendant, Hicks Trucking Inc., with a last-known address of P.O. Box 190,

Locust Fork, AL 35172, asserts a claim for unpaid freight bills totaling $11,251.00.

14.    Defendant, AmEx Transport, Inc., with a last-known address of c/o Mr. Chris

Minelli, Riviera Finance of Texas, Inc., 101 Philippe Parkway, Suite 305, Safety Harbor, Florida

34695, asserts a claim for unpaid freight bills totaling $1,900.00.

16

15.    Defendant, Loggins Logistics, Inc., with a last-known address of 5706 Commerce Square, Jonesboro, Arkansas 72401, asserts a claim for unpaid freight bills totaling $750.00.

16.    Defendant, Anglin Transportation, Inc., with a last-known address of c/o Apex Capital LP, P.O. Box 961029, Fort Worth, Texas 76161-1029, asserts a claim for unpaid freight bills totaling $2,180.00.

17.    Defendant, Universal Hauling, Inc., with a last-known address of c/o Apex Capital LP, P.O. Box 961029, Fort Worth, Texas 76161-1029, asserts a claim for unpaid freight bills totaling $2,800.00.

18.    Defendant, J.W. Trucking, LLC, with a last-known address of P.O. Box 229, Urbana, Missouri 65767, asserts a claim for unpaid freight bills totaling $1,900.00.

19.    Defendant, East West Motor Express, Inc., with a last-known address of 11740 JB Drive, Black Hawk, SD 57718, asserts a claim for unpaid freight bills totaling $900.00.

20.    Defendant, Owens Transportation, Inc., with a last-known address of 6058 Newberry Road, Winnsboro, SC 29180, asserts a claim for unpaid freight bills totaling $1,850.00.

21.    Defendant, C&W Trucking, Inc., with a last-known address of P.O. Box 322, 339 Cox Road, Altamont, TN 37301, asserts a claim for unpaid freight bills totaling $700.00.

22.    Defendant, Croslin Trucking, Inc., with a last-known address of P.O. Box 418, 201 E. 8th Street, Owasso, Oklahoma 74055, asserts a claim for unpaid freight bills totaling $3,000.00.

17

23. Defendant, Rockman Transport, Inc., with a last-known address of c/o First Advantage Transportation Services, P.O. Box 710, Lake Havasu City, AZ 86405, asserts a claim for unpaid freight bills totaling $6,250.00.

24. Defendant, M.P. Barrett Trucking, Inc., with a last-known address of P.O. Box 627, Buckman, MN 56317, asserts a claim for unpaid freight bills totaling $2,500.00.

25. Defendant, Windchaser Transport, Inc., with a last-known address of c/o D&S Factors, LLC, P.O. Box 10, New Plymouth, ID 83655, asserts a claim for unpaid freight bills totaling $1,200.00.

26. Defendant, Pre-Dawn Transportation, with a last-known address of c/o D&S Factors, LLC, P.O. Box 10, New Plymouth, ID 83655, asserts a claim for unpaid freight bills totaling $1,1,00.00.

27. Defendant, Clydesdale Transport, with a last-known address of c/o D&S Factors, LLC, P.O. Box 10, New Plymouth, ID 83655, asserts a claim for unpaid freight bills totaling $1,850.00.

28. Defendant, TBS Factoring Service, LLC, FBO K&J Trucking Company, with a last-known address of P.O. Box 18109, Oklahoma City, Oklahoma 73154, asserts a claim for unpaid freight bills totaling $1,500.00.

29. Defendant, Marquardt Transportation., with a last-known address of P.O. Box 1098, Yankton, SC 57078, asserts a claim for unpaid freight bills totaling $1,600.00.

30. Defendant, Pyramid Specialized Carriers, Inc., with a last-known address of 10 East Main, Racine, MN 55967, asserts a claim for unpaid freight bills totaling $2,300.00.

18

31.     Defendant, Kistner Enterprises, Inc., with a last-known address of P.O. Box 111, Waverly, KS 66871, asserts a claim for unpaid freight bills totaling $2,900.00.

32.     Defendant, American Transport, Inc., with a last-known address of P.O. Box 640469, Pittsburgh, PA 15264, asserts a claim for unpaid freight bills totaling $4,400.00.

33.     Defendant, Peter Trhac , with a last-known address of P.O. Box 27693, San Diego, CA 92198, asserts a claim for unpaid freight bills totaling $1,400.00.

34.     Defendant, Blue Harley Investments LLC, with a last-known address of 15518 Peach Road, Cedaredge, CO 81413, asserts a claim for unpaid freight bills totaling $1,700.00.

35.     Defendant, Solo Express, Inc., with a last-known address of 37561 Cedar Lane, Poteau, Oklahoma 74953, asserts a claim for unpaid freight bills totaling $1,750.00.

36.     Defendant, JRK Trucking, Inc., with a last-known address of 301 VZCR 4301, Ben Wheeler, Texas 75754, asserts a claim for unpaid freight bills totaling $4,250.00.

37.     Defendant, The Cat Transportation, with a last-known address of c/o Cristina LaJesse, Riviera Finance, 1600 Airport Freeway, Suite 208, Bedford, Texas 76022, asserts a claim for unpaid freight bills totaling $9,150.00.

38.     Defendant, Dad Transport, Inc., with a last-known address of c/o Sunbelt Finance, LLC, P.O. Box 17000, Jonesboro, AR 72403, asserts a claim for unpaid freight bills totaling $900.00

39.     Defendant, TH Brown Trucking, with a last-known address of c/o Ms. Katrina Toscano, Capital Partners Financial Corp., P.O. Box 2641, Carlsbad, CA 92018, asserts a claim for unpaid freight bills totaling $1,200.00.

19

40.     Defendant, Doak Transport, Inc., with a last-known address of P.O. Box 15087, Las Cruces, NM 88004, asserts a claim for unpaid freight bills totaling $700.00

41.     Defendant, The Mason and Dixon Lines, Inc., with a last-known address of P.O. Box 2122, Warren, MI 48090, asserts a claim for unpaid freight bills totaling $7,225.00.

42.     Defendant, Universal Am-Can Ltd., with a last-known address of P.O. Box 2007, Warren, MI 48090-2007, asserts a claim for unpaid freight bills totaling $7,000.00

43.     Defendant, Louisiana Transportation, Inc., with a last-known address of 12755 E. Nine Mile Road, Warren, MI 48089, asserts a claim for unpaid freight bills totaling $11,300.00.

44.     Defendant, Norco Corporation, with a last-known address of c/o Jim Colon, 8665 SE I-10, Sealy, Texas 77474, asserts a claim for unpaid freight bills totaling $1,000.00.

45.     Defendant, Homeland Trucklines, with a last-known address of 1517 W.N. Carrier Parkway, Suite 146, Grand Prairie, Texas 75050, asserts a claim for unpaid freight bills totaling $1,000.00.

46.     Defendant, Twin Star Transport, with a last-known address of 10 Remington Blvd., Ronkonkoma, NY 11779, asserts a claim for unpaid freight bills totaling $500.00.

47.     Defendant, Hamilton Transportation, LLC, with a last-known address of 1751 Shirley Road, Bunkie, LA 71322, asserts a claim for unpaid freight bills totaling an unknown amount.

48.     Defendant, C&N Express, with a last-known address of 2291 County Road 2720, Mineola, Texas 75773, asserts a claim for unpaid freight bills totaling $9,700.00

20

49.     Defendant, Tennessee Steel Haulers, Inc., with a last-known address of 2607 Brick Church Pike, Nashville, TN 37207, asserts a claim for unpaid freight bills totaling $1,000.00

50.     Defendant, Freight Connection, Inc., with a last-known address of 3340 Greens Road, Building "A", Suite 260, Houston, Texas 77032, asserts a claim for unpaid freight bills totaling $4,000.00.

51.     Defendant, Werner, LLC, with a last-known address of 18 Washington St., Burnsville, MS 38833-9308, asserts a claim for unpaid freight bills totaling $1,400.00.

52.     Defendant, Insight Technology, Inc., with a last-known address of P.O. Box 27405, Salt Lake City, UT 84127-0405, asserts a claim for unpaid freight bills totaling $1,800.00.

53.     Defendant, Indian Nation Express, with a last-known address of c/o National Bankers Trust Corporation, P.O. Box 1752, Memphis, TN 38101-1752, asserts a claim for unpaid freight bills totaling $7,200.00.

54.     Defendant, Manna Express, with a last-known address of c/o National Bankers Trust Corporation, P.O. Box 1752, Memphis, TN 38101-1752, asserts a claim for unpaid freight bills totaling $700.00.

55.     Defendant, Swaim Transport, Ltd., Inc., with a last-known address of 5014 W. 61st Street, Tulsa, Oklahoma 74131, asserts a claim for unpaid freight bills totaling $2,100.00.

56.     Defendant, Manees Trucking LLC, with a last-known address of 7910 Old Hwy 60, Dudley, MO 63936, asserts a claim for unpaid freight bills totaling $600.00.

21

57.     Defendant, Kuhn Transportation, Inc., with a last-known address of 1318 S. Pearl Avenue, Joplin, MO 64804, asserts a claim for unpaid freight bills totaling $5,040.00.

58.     Defendant, TPC Systems, Inc., with a last-known address of 6502 N. Howard, SpOklahomaane, WA 99208, asserts a claim for unpaid freight bills totaling $1,000.00.

59.     Defendant, Geterdun Logistics, Inc., with a last-known address of c/o Sunbelt Finance, LLC, P.O. Box 17000, Jonesboro, AR 72403, asserts a claim for unpaid freight bills totaling $1,000.00.

60.     Defendant, SNS Courier Service, LLC, with a last-known address of c/o Sunbelt Finance, LLC, P.O. Box 17000, Jonesboro, AR 72403, asserts a claim for unpaid freight bills totaling $2,350.00.

61.     Defendant, J&E Trucking, Inc., with a last-known address of c/o Sunbelt Finance, LLC, P.O. Box 17000, Jonesboro, AR 72403, asserts a claim for unpaid freight bills totaling $900.00.

62.     Defendant, M&M Trucking, Inc., with a last-known address of c/o Sunbelt Finance, LLC, P.O. Box 17000, Jonesboro, AR 72403, asserts a claim for unpaid freight bills totaling $1,000.00.

63.     Defendant, Thomas Enterprise Trucking, with a last-known address of c/o CJM Financial Inc., P.O. Box 727, Ankeny, IA 50021, asserts a claim for unpaid freight bills totaling $925.00.

64.     Defendant, HTS Express, with a last-known address of c/o CJM Financial Inc., P.O. Box 727, Ankeny, IA 50021, asserts a claim for unpaid freight bills totaling $550.00.

22

65. Defendant, Mid South Wire - MS Logistics, with a last-known address of 1070 Visco Drive, Nashville, TN 37210, asserts a claim for unpaid freight bills totaling $1,000.00.

66. Defendant, Fleetwood Logistics Inc., with a last-known address of P.O. Box 430, Diboll, Texas 75941, asserts a claim for unpaid freight bills totaling $770.00.

67. Defendant, Cook Logistics, LLC, with a last-known address of W78377 County Road A, Delavan, WI 53115, asserts a claim for unpaid freight bills totaling $1,200.00.

68. Defendant, Montana Auto Transport, with a last-known address of 1538 Pawling Drive, El Paso, Texas 79928, asserts a claim for unpaid freight bills totaling $1,655.00.

69. Defendant, Grapevine Factoring LLC, with a last-known address of 3570 Rose Cottage Lane, Cumming, GA 30028, asserts a claim for unpaid freight bills totaling $1,500.00.

70. Defendant, Veteran's Express, with a last-known address of 207 4th East Street, Uniontown, PA 15401, asserts a claim for unpaid freight bills totaling $1,000.00.

71. Defendant, Mer-Tran, Inc., with a last-known address of 957 N. Lwy 63, Houston, MO 65483, asserts a claim for unpaid freight bills totaling $3,700.00.

72. Defendant, D L K Trucking, Inc., with a last-known address of P.O. Box 848, Plover, WI 54467, asserts a claim for unpaid freight bills totaling $1,000.00.

73. Defendant, Tenderheart Trailer Transport, with a last-known address of P.O. Box 901, 1266 Wolf Front Road, Van Alstyne, Texas 75495, asserts a claim for unpaid freight bills totaling $1,900.00.

74. Defendant, Mid-Way Transportation, LLC, with a last-known address of P.O. Box 756, Hewitt, Texas 76643, asserts a claim for unpaid freight bills totaling $6,400.00.

23

75. Defendant, Excaliber Transportation, LLC, with a last-known address of 4142 Buckingham Dr., Grand Island, NE 68803, asserts a claim for unpaid freight bills totaling $2,000.00.

76. Defendant, TBS Factoring Service, LLC, FBO Morris Trucking, with a last-known address of P.O. Box 268827, Oklahomalahoma City, Oklahoma 73126-8827, asserts a claim for unpaid freight bills totaling $600.00.

77. Defendant, TBS Factoring Service, LLC, FBO Falcon Express Courier Service, with a last-known address of P.O. Box 268827, Oklahomalahoma City, Oklahoma 73126-8827, asserts a claim for unpaid freight bills totaling $1,400.00.

78. Defendant, Big Rig Express, Inc., with a last-known address of 430 Parker Store Road, Cedar Grove, TN 38321, asserts a claim for unpaid freight bills totaling $1,800.00.

79. Defendant, Top Freight Transportation, with a last-known address of 232 E. Crosstimbers, Suite G, Houston, Texas 77022, asserts a claim for unpaid freight bills totaling $1,500.00.

80. Defendant, Elko H & E Trucking, LLC, with a last-known address of c/o Capital Partners, P.O. Box 2642, Carlsbad, CA 92018, asserts a claim for unpaid freight bills totaling $1,900.00.

81. Defendant, Packard Transport, Inc., with a last-known address of P.O. Box 380, 2401 S. Municipal Drive, Channahon, IL 60410, asserts a claim for unpaid freight bills totaling $1,000.00.

82.     Defendant, D G Kurtz Trucking, with a last-known address of c/o Security Credit Corporation, P.O. Box 968, Sioux Falls, SD 57101, asserts a claim for unpaid freight bills totaling $1,850.00.

83.     Defendant, H.A.L.O. Trucking LLC, with a last-known address of c/o Eagle Capital Corporation, P.O. Box 4215, Tupelo, MS 38803, asserts a claim for unpaid freight bills totaling $800.00.

84.     Defendant, Jasper Trucking, Inc., with a last-known address of P.O. Box 227, LaCrosse, WA 99143, asserts a claim for unpaid freight bills totaling $1,900.00.

85.     Defendant, ABC Transportation Service, LLC, with a last-known address of c/o TBS Factoring Service, P.O. Box 18109, Oklahomalahoma City, Oklahoma 73154, asserts a claim for unpaid freight bills totaling $1,900.00.

86.     Defendant, Holden Trucking, Inc., with a last-known address of RR1, Box 246, Fairview, UT 84629, asserts a claim for unpaid freight bills totaling $2,800.00.

87.     Defendant, David Henderson, with a last-known address of c/o Eagle Capital Corporation, P.O. Box 4215, Tupelo, MS 38803, asserts a claim for unpaid freight bills totaling $500.00.

88.     Defendant, Ronald Lee Massie d/b/a Massie Transportation, with a last-known address of c/o Eagle Capital Corporation, P.O. Box 4215, Tupelo, MS 38803, asserts a claim for unpaid freight bills totaling $1,600.00.

89.     Defendant, Jeremy James and Martha Robinson d/b/a JM Farms & Transport, with a last-known address of c/o Eagle Capital Corporation, P.O. Box 4215, Tupelo, MS 38803, asserts a claim for unpaid freight bills totaling $1,500.00.

90.     Defendant, Western International Lines, Inc., with a last-known address of P.O. Box 8411, Medford, Oregon 97504, asserts a claim for unpaid freight bills totaling $2,900.00.

91.     Defendant, Dallas & Mavis, with a last-known address of c/o Greatwide Truckload Management, P.O. Box 3068, Mooresville, NC 28117, asserts a claim for unpaid freight bills totaling $3,000.00.

92.     Defendant, ATF Trucking, LLC, with a last-known address of c/o Greatwide Truckload Management, P.O. Box 3068, Mooresville, NC 28117, asserts a claim for unpaid freight bills totaling $10,600.00.

93.     Defendant, Hoffman Transportation, Inc., with a last-known address of P.O. Box 1499, Chickasha, Oklahoma 73023, asserts a claim for unpaid freight bills totaling $23,900.00.

94.     Defendant, P.I.B.H.E. Transport, LLC, with a last-known address of P.O. Box 1873, Sumner, WA 98390, asserts a claim for unpaid freight bills totaling $3,200.00.

95.     Defendant, Southeast Logistics, Inc., with a last-known address of P.O. Box 1309, Tuscaloosa, AL 35403, asserts a claim for unpaid freight bills totaling $11,905.00.

96.     Defendant, Aetna Freight Lines, with a last-known address of 2507 Youngstown Road SE, Warren OH 33382, asserts a claim for unpaid freight bills totaling $775.00.

97.     Defendant, Shark Trucking, Inc., with a last-known address of 12106 Mesa Drive, Houston, Texas 77016, asserts a claim for unpaid freight bills totaling $800.00.

98.     Defendant, Transport Continental, Inc., with a last-known address of P.O. Box 609, Pharr, Texas 78577, asserts a claim for unpaid freight bills totaling $9,100.00.

99.     Defendant, John Papenfuss Trucking, with a last-known address of 47306 Tadpole Road, Perham, MN 56573, asserts a claim for unpaid freight bills totaling $5,000.00.

26

100. Defendant, Fourteen Star, LLC, with a last-known address of 4912 Williamson Street, Dearborn, MI 48126, asserts a claim for unpaid freight bills totaling $1,200.00.

101. Defendant, P&S Transportation, Inc., with a last-known address of P.O. Box 8250, 1810 Ave C, Ensley, AL 35218, asserts a claim for unpaid freight bills totaling $3,850.00.

102. Defendant, Omega Express, with a last-known address of c/o Apex Capital LP, P.O. Box 961029, Ft. Worth, Texas 76161-1029, asserts a claim for unpaid freight bills totaling $1,400.00.

103. Defendant, Alpha & Omega Enterprises, with a last-known address of c/o Apex Capital LP, P.O. Box 961029, Ft. Worth, Texas 76161-1029, asserts a claim for unpaid freight bills totaling $1,500.00.

104. Defendant, WJ Trucking, Inc., with a last-known address of c/o Apex Capital LP, P.O. Box 961029, Ft. Worth, Texas 76161-1029, asserts a claim for unpaid freight bills totaling $1,000.00.

105. Defendant, Bolin Trucking, with a last-known address of P.O. Box 538, Mackinaw, IL 61755, asserts a claim for unpaid freight bills totaling $2,000.00.

106. Defendant, Roca Eterna Transportation, with a last-known address of c/o Riviera Finance, 8410 N. Sam Hourston Parkway W., Houston, Texas 77064, asserts a claim for unpaid freight bills totaling $1,275.00.

107. Defendant, ZHL Trucking Group, Inc., with a last-known address of 2383 McDonald Avenue, BroOklahomalyn, NY 11223, asserts a claim for unpaid freight bills totaling an unknown amount.

27

108. Defendant, S. Marlo, LLC d/b/a Outlaw Express, with a last-known address of c/o Far West Capital, P.O. Box 962048, El Paso, Texas 79996, asserts a claim for unpaid freight bills totaling $1,000.00.

109. Defendant, Transfleet, with a last-known address of 11699 Fenner Road, Perry, MI 48872, asserts a claim for unpaid freight bills totaling $2,250.00.

110. Defendant, Insight Technology, Inc., with a last-known address of 820 South 300 West, Heber City, UT 84032, asserts a claim for unpaid freight bills totaling $6,700.00.

111. Defendant, Atlas Copco Drilling Solutions, Inc., with a last-known address of P.O. Box 16655, Kansas City, MO 64133, asserts a claim for unpaid freight bills totaling an unknown amount.

112. Defendant, Carolina Hotspot Express, Inc., with a last-known address of P.O. Box 347, Madison, SD 57042, asserts a claim for unpaid freight bills totaling $900.00.

113. Defendant, Aries Freight Systems, with a last-known address of 16554 Air Center Blvd., Houston, Texas 77032, asserts a claim for unpaid freight bills totaling $1,650.00.

114. Defendant, Transco Logistics, LLC, with a last-known address of 3825 N, 1st Street, Durant, Oklahoma 74701, asserts a claim for unpaid freight bills totaling an unknown amount.

115. Defendant, Bordertown Transportation, Inc., with a last-known address of c/o Transcredit, 9485 Regency Sq Blvd #102, Jacksonville, FL 32225, asserts a claim for unpaid freight bills totaling $1,100.00.

116. Defendant, Michael D. White d/b/a White Trucking, with a last-known address of 304 E. Elm Street, Hadar, NE 68701, asserts a claim for unpaid freight bills totaling $2,100.00.

28

117.     Defendant, Blacktop Transportation, with a last-known address of 259 Shady Hollow Circle, SE, Cleveland, TN 37323, asserts a claim for unpaid freight bills totaling $1,400.00.

118.     Defendant, TSX, Inc., with a last-known address of c/o Assist Financial Services Inc., P.O. Box 347, Madison, SD 57042, asserts a claim for unpaid freight bills totaling $1,300.00.

119.     Defendant, Cowboy Trucking Service LLC Carolina Hot Shot, with a last-known address of c/o Assist Financial Services Inc., P.O. Box 347, Madison, SD 57402, asserts a claim for unpaid freight bills totaling $1,300.00.

120.     Defendant, TD Enterprises, with a last-known address of P.O. Box 276, Meridian, ID 83680, asserts a claim for unpaid freight bills totaling $1,700.00.

121.     Defendant, Norsemen Specialized Division, Inc., with a last-known address of 106 East Main Street, Lake Mills, IA 50450, asserts a claim for unpaid freight bills totaling $1,700.00.

122.     Defendant, CBS, with a last-known address of c/o Riviera Finance, 30000 Mill Creek Avenue, Suite 175, Alpharetta, GA 30022, asserts a claim for unpaid freight bills totaling $1,600.00.

123.     Defendant, Trans Agri, Inc., with a last-known address of 371 West Hill Street, Goldsboro, NC 27534, asserts a claim for unpaid freight bills totaling $1,000.00.

124.     Defendant, K&G Trucking, LLC, with a last-known address of 2128 E. 4th Street, Pueblo, CO 81001, asserts a claim for unpaid freight bills totaling $1,000.00.

125    Defendant, National Bankers Trust Corporation, with a last-known address of Box 1752, Memphis, TN 38101, asserts a claim for unpaid freight bills totaling $9,900.00..

126.    Defendant, Apex Capital LP FBO C A T Express Inc., with a last-known address of P.O. Box 961029, Fort Worth, Texas 76161-1029, asserts a claim for unpaid freight bills totaling $2,000.00.

127.    Defendant, B N M Trucking Inc, with a last-known address of P.O. Box 23037, Houston, Texas 77228, asserts a claim for unpaid freight bills totaling $13,500.00.

128.    Defendant, Transport Factoring Inc., with a last-known address of P.O. Box 167648, Irving, Texas 75016, asserts a claim for unpaid freight bills totaling $3,800.00.

129.    Defendant, Dixie Midwest Express, Inc., with a last-known address of P.O. Box 5010, Decatur, AL 35601, asserts a claim for unpaid freight bills totaling $4,000.00.

130.    Defendant, C & J Trucking Inc., with a last-known address of P.O. Box 71233, Madison Heights, MI 48071, asserts a claim for unpaid freight bills totaling $1,400.00.

131.    Defendant, JPS Trucking, LLC, with a last-known address of c/o Far West Capital, P.O. Box 962048, El Paso, Texas 79996, asserts a claim for unpaid freight bills totaling $950.00.

132.    Defendant, Gonzalez Trucking, with a last-known address of P.O. Box 796, Columbus, New Mexico 88029, asserts a claim for unpaid freight bills totaling $1,700.00.

133.    Defendant, Englund Equipment Co., with a last-known address of P.O. Box 250, Cashion, Arizona 85329, asserts a claim for unpaid freight bills totaling $1,950.00.

30

134.   Defendant, Graham Transport, Inc. J.P., with a last-known address of 420 Constitution, New Brighton, PA 15066, asserts a claim for unpaid freight bills totaling $3,000.00.

## IV. **STATEMENT OF FACTS**

135.   LMIC issued the Bond on behalf of Arrow on or about May 5, 2006 , and continued in effect until it was cancelled by LMIC on May 2, 2008. A true copy of the Bond is attached as Exhibit A.

136.   As required by Section 211c of the Interstate Commerce Act, the Bond was issued on behalf of Arrow for the benefit of any and all motor carriers or shippers to whom Arrow may be legally liable for the damages described in the Bond.

137.   In partial consideration for the issuance of the Bond, Piel agreed to indemnify and hold harmless LMIC from all losses, costs and expenses incurred, including the attorneys fee incurred in this action, as a result of issuing the Bond for Arrow.  A true copy of the written agreement of indemnity (Indemnity Agreement) is attached as Exhibit B.

## V.   **COUNT ONE**

### (Interpleader)

138.   LMIC repeats each of the allegations of Paragraphs 1 through 135 inclusive of the Complaint in Interpleader.

139.   Each of the claimant defendants has asserted a claim with LMIC against the Bond.

140.   Each of those claims allegedly involved damages to motor carriers or shippers caused by Arrow while acting as a licensed broker of transportation within the period covered by the Bond.

31

141.    These claims are adverse and conflicting and exceed the penal sum of the Bond.

142.    LMIC is unable to determine the respective interests of the claimant defendants in the proceeds of the Bond and has no adequate remedy at law.

143.    LMIC does not vouch for the validity of any of the claims asserted by the claimant defendants against the Bond and LMIC calls upon each of the claimant defendants to make proof of same before this Court.

144.    Concurrent with the filing of this Complaint for Interpleader, LMIC has moved this Court for an Order allowing LMIC to deposit into the Court Registry the sum of Ten Thousand Dollars ($10,000.00), representing the entire penal sum of the Bond.

## VI. COUNT II

### (Indemnity)

145.    LMIC repeats each of the allegations of Paragraphs 1 through 143 inclusive of the Complaint in Interpleader.

146.    In partial consideration for the issuance of the Bond by LMIC, Piel agreed to indemnify and hold harmless LMIC from all claims, damages, losses, costs and expenses, incurred by LMIC as a result of issuance of the Bond, including the fees, costs and expenses of this action.

147.    LMIC has incurred damages, losses, costs and expenses in connection with the Bond issued on behalf of Arrow.

148.    Piel has breached its obligations to LMIC by failing to indemnify and hold harmless LMIC.

32

149.    As a result of this breach, LMIC has been immediately and directly damaged in an amount to be determined, and is entitled to recover that amount, together with interest, costs, and attorneys' fees.

## VII.  COUNT III

### (Common Law Indemnity)

150.    LMIC repeats each of the allegations of Paragraphs 1 through 148 inclusive of the Complaint in Interpleader.

151.    LMIC has acted as surety on behalf of Arrow in connection with the Bond, has expended funds in its capacity as surety, and has incurred losses, costs and expenses, including attorneys fees, as a result of issuing the Bond on behalf of Arrow.

152.    As a result, LMIC is entitled to reimbursement from Arrow for the losses, costs, and expenses incurred by LMIC in connection with the Bond.

153.    Accordingly, LMIC is entitled to judgment based upon its common law rights to reimbursement as a surety for Arrow.

## VIII.  REQUESTS FOR RELIEF

**WHEREFORE,** plaintiff, LMIC prays as follows:

1.    As to Count I, that this Court issue process to all of the claimant defendants in the Complaint for Interpleader, citing them to appear and to plead their conflicting claims;

2.    That this Court, in accordance with 28 U.S.C. § 2361 and in the exercise of this Court's general equitable powers, enter an Order restraining the claimant defendants and each of them and their respective officers, directs, employees, agents, servants, representatives, assigns, attorneys, and any other person acting or purporting to act for them with actual notice of the

33

Court's Order from instituting or prosecuting any proceeding in any state court or United States

District Court in any action affecting the Bond or the proceeds until further order of this Court;

3.    That, upon hearing, the claimant defendants be required to interplead and settle

between them;

4.    That, upon motion to the Court, LMIC be discharged of all further liability;

5.    That LMIC be awarded its reasonable attorneys' fees and court costs after

adequate proof;

6.    That LMIC's attorneys' fees and administrative costs be paid out of the proceeds

of the Bond, such payment to be made prior to any award being made to any of the prevailing

claimant Defendants;

7.    As to Count II, that this Court enter judgment in favor of LMIC and against Piel in

an amount to be determined, but not less than LMIC's damages, losses, costs and expenses,

including its attorneys' fees, less any credits due and less any amounts recovered by LMIC from

the Bond proceeds;

8.    As to Count III, that this Court enter judgment in favor of LMIC and against

Arrow in an amount to be determined, but not less than LMIC's damages, losses, costs and

expenses, including its attorneys' fees, less any credits due and less any amounts awarded to

LMIC from the Bond proceeds;

34

9.    That LMIC be granted such other and further relief as this Court may deem just

and proper.

Respectfully submitted,

Liberty Mutual Insurance Company,
By its attorneys:

_Valerie Elizabeth Powell_

Eric R. Stanco
(D.C. Bar No. 456896)
Valerie Elizabeth Powell
(D.C. Bar No. 474117)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)

35

# Exhibit A

According to the Paperwork Reduction Act of 1995, no person is required to respond to a collection of information unless it displays a valid OMB control number. It is estimated that an average of 10 minutes per response is required to complete this collection of information. This estimate includes time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Comments concerning the accuracy of this burden estimate or suggestions for reducing this burden should be directed to Federal Motor Carrier Safety Administration, 400 7th St., SW. Washington, DC 20590.

**Form BMC-84**

**Bond No. 22018619**

022018619

**FILER FMCSA**
**ACCOUNT NO. 34180**

Approved by OMB
2126-0017
Expires: 09/30/2005
License No.
MC: 005623

### PROPERTY BROKER'S SURETY BOND UNDER 49 U.S.C. 13906

KNOW ALL MEN BY THESE PRESENTS, That we __Arrow Trucking Co.__
(Name of Property Broker)

of __4230 South Elwood Avenue__ _____ __Tulsa___ __OK__ __74107-5823__
(Street)                                    (City)       (State)    (Zip code)

as PRINCIPAL (hereinafter called Principal), and __Liberty Mutual Insurance Company__ .
(Name of Surety)

a corporation, or a Risk Retention Group established under the Liability Risk Retention Act of 1986, Pub. L. 99-563, created and existing under the laws of the State of __MA__ _____ (hereinafter called Surety) are held and
(State or District of Columbia)

firmly bound unto the United States of America in the sum of $10,000, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal is or intends to become a Broker pursuant to the provisions of Title 49 U.S.C. 13904, and the rules and regulations of the Federal Motor Carrier Safety Administration relating to insurance or other security for the protection of motor carriers and shippers, and has elected to file with the Federal Motor Carrier Safety Administration such a bond as will ensure financial responsibility and the supplying of transportation subject to the ICC Termination Act of 1995 in accordance with contracts, agreements, or arrangements therefore, and

WHEREAS, this bond is written to assure compliance by the Principal as a licensed Property Broker of Transportation by motor vehicle with 49 U.S.C. 13906(b); and the rules and regulations of the Federal Motor Carrier Safety Administration, relating to insurance or other security for the protection of motor carriers and shippers, and shall inure to the benefit of any and all motor carriers or shippers to whom the Principal may be legally liable for any of the damages herein described.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall pay or cause to be paid to motor carriers or shippers by motor vehicle any sum or sums for which the Principal may be held legally liable by reason of the Principal's failure faithfully to perform, fulfill, and carry out all contracts, agreements, and arrangements made by the Principal while this bond is in effect for the supplying of transportation subject to the ICC Termination Act of 1995 under license issued to the Principal by the Federal Motor Carrier Safety Administration, then this obligation shall be void, otherwise to remain in full force and effect.

The liability of the Surety shall not be discharged by any payment or succession of payments hereunder, unless and until such payment or payments shall amount in the aggregate to the penalty of the bond, but in no event shall the Surety's obligation hereunder exceed the amount of said penalty. The Surety agrees to furnish written notice to the Federal Motor Carrier Safety Administration forthwith of all suits filed, judgments rendered, and payments made by said Surety under this bond.

This bond is effective the __5th__ day of __May__ __2006__, 12:01 a.m., standard time at the address of the Principal as stated herein and shall continue in force until terminated as hereinafter provided. The Principal or the Surety may at any time cancel this bond by written notice to the Federal Motor Carrier Safety Administration at its office in Washington, DC, such cancellation to become effective thirty (30) days after actual receipt of said notice by the FMCSA on the prescribed Form BMC-36, Notice of Cancellation Motor Carrier and Broker Surety Bond. The Surety shall not be liable hereunder for the payment of any damages herein before described which arise as the result of any contracts, agreements, undertakings, or arrangements made by the Principal for the supplying of transportation after the termination of this bond as herein provided, but such termination shall not affect the liability of the Surety hereunder for the payment of any such damages arising as the result of contracts, agreements, or arrangements made by the Principal for the supplying of transportation prior to the date such termination becomes effective.

UNIFORM INFORMATION SERVICES, INC. MC 16034 (10-02)

The receipt of this filing by the FMCSA certifies that a Broker Surety Bond has been issued by the company identified above, and that such company is qualified to make this filing under Section 387.315 of Title 49 of the Code of Federal Regulations.

Falsification of this document can result in criminal penalties prescribed under 18 U.S.C. 1001.

IN WITNESS WHEREOF, the said Principal and Surety have executed this instrument on the __31st__ _____ day of __May__ _____, __2006__ .

PRINCIPAL                                          SURETY

Name __Arrow Trucking Co._____        Name __Liberty Mutual Insurance Company__.
                                                   [SEAL]
Address __7230 South Elmwood Ave., Tulsa, OK 74107-5823__   Address __5847 San Felipe, Suite 2750, Houston, TX 77057__

Telephone No. _____       Telephone No. __832-485-4000_____

By _____         By _____
         (Signature and Title)                   __Angela M. Tindol__(Signature and Title)  Attorney In Fact

Witness _____         Witness _____
                                                   Teresa D. Kelly

MC 1603a (10-02) UNIFORM INFORMATION SERVICES, INC.

# Exhibit B



# Liberty Mutual.

## GENERAL AGREEMENT OF INDEMNITY
### COMMERCIAL SURETY

This General Agreement of Indemnity (hereinafter the "Agreement") is made and entered into by the following undersigned individuals, corporations, and/or other business entities _Piel Corporation_ (individually and collectively hereinafter called "Indemnitors"), jointly and severally, in favor of Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, LM Insurance Corporation, The First Liberty Insurance Corporation, Liberty Insurance Corporation, and any other company that is part of or added to the Liberty Mutual Group for which surety business is underwritten by Liberty Bond Services or Liberty Mutual Surety (individually and collectively hereinafter called "Surety") with respect to any bonds, undertakings, recognizances, reinsurances, instruments of guarantee or other Surety obligations (individually and collectively hereinafter called "Bonds"), requested from and/or issued by the Surety before, on or after the date of this Agreement, for:

   (i) any of the Indemnitors;
   (ii) any of the Indemnitors' subsidiaries or affiliates, whether present or future, and whether directly or indirectly held; and/or
   (iii) any other entity or person in response to a request from any party described in items (i) or (ii) above (including requests from their agents, brokers or producers);

and as to all of the foregoing, whether they act alone or in joint venture with others whether or not said others are named herein (individually and collectively hereinafter called "Principals").

WHEREAS, the Indemnitors and Principals desire Surety to execute Bonds on their behalf, or to renew, continue, extend, replace or to refrain from canceling Bonds; and WHEREAS, at the request of Indemnitors and Principals and with the understanding that this Agreement be given and in reliance upon this Agreement, the Surety has heretofore or has presently been requested to and/or has executed or has procured to be executed, and, from time to time hereafter, may be requested to and/or may execute or may procure to be executed, Bonds for the Principals;

NOW, THEREFORE, in consideration of these premises, and intending to be legally bound hereby, the Indemnitors and Principals for themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, hereby covenant and agree, in favor of the Surety, its successors and assigns, as follows:

1.  **BENEFICIAL INTEREST** - The Indemnitors represent and warrant that each of them is specifically, materially and beneficially interested in the procurement and/or issuance of each of the Bonds for each of the Principals.

2.  **PREMIUMS** - The Principals or Indemnitors shall pay to the Surety, promptly upon demand, all premiums, costs and charges of the Surety for any Bonds requested from and/or issued by the Surety, in accordance with the Surety's rate filings, its manual of rates, or as otherwise agreed upon, and where such premium, costs and charges are annual, continue to pay the same, until the Principals or Indemnitors shall serve evidence satisfactory to the Surety of its discharge or release from all liability under any Bonds.

3.  **DECLINE EXECUTION** - The Surety has no obligation to execute, renew, continue, extend, amend or replace any Bonds, including final bonds (regardless of whether the Surety has issued a bid or proposal bond), and may, at its sole discretion, decline to do so. The Surety may cancel any Bonds unless the Bonds state otherwise, and the Principals and Indemnitors shall make no claim to the contrary. The Principals and Indemnitors shall make no claim relating to the failure or refusal of any person or entity to accept any of the Surety's Bonds or to award any contract to any Principals.

4.  **CHANGES** - Assent by the Surety to changes in any Bonds and/or in the contracts or obligations covered by any Bonds or refusal so to assent shall not release or in any way affect the obligations of the undersigned to the Surety.

5.  **INDEMNITY** - The Indemnitors shall exonerate, indemnify and save harmless the Surety from and against any and all losses, costs, and damages of whatsoever kind or nature, including, but not limited to, counsel and consultant fees and expenses, court costs, and pre- and post-judgment interest (such interest to accrue from the date of a breach of this Agreement or a breach of any other written agreements executed with or in favor of the Surety by any Indemnitors and/or Principals (hereinafter called the "Other Agreements")), which the Surety may at any time sustain or incur by reason of, the request to execute, procure, or deliver any Bonds; or the executing, procuring or delivering of any Bonds, whether already or hereafter executed; or the renewal or continuation thereof; or from making any investigation on account thereof, or any payment thereunder; or as a result of prosecuting or defending any action brought in connection therewith, obtaining a release therefrom, or recovering or attempting to recover any salvage in connection therewith; or by reason of the failure of the Principals and/or Indemnitors to perform or comply with the terms of this Agreement or any Other Agreements; or in the enforcement of the terms of this Agreement or any Other Agreements. The Principals and Indemnitors agree that in any accounting between any of them and the Surety, vouchers or other evidence of payment(s) incurred by the Surety shall constitute _prima facie_ evidence of the fact and extent of the liability of the Principals and Indemnitors to the Surety.

6.  **SETTLEMENTS** - The Surety shall have the right, at its option and sole discretion, to adjust, settle or compromise any claim, demand, suit or judgment upon any Bonds.

7.  **BOOKS AND RECORDS** - Until such time as the Surety has been furnished with evidence (satisfactory to the Surety in its sole discretion) of its discharge, without loss, from any and all Bonds, and the Surety is fully reimbursed all amounts due to it under this Agreement or Other Agreements, the Surety shall have the right to reasonable access to the books, records and accounts of the Principals and Indemnitors for the purposes of inspection, copying or reproduction. The Principals and Indemnitors hereby authorize and request that (i) any depositories in which funds of any of the Principals and Indemnitors may be deposited shall furnish to the Surety the amount of such deposits as of any date requested; and (ii) any person or entity doing business with the Principals and Indemnitors shall furnish to the Surety any information requested by the Surety that is related or relevant to any Bonds, bonded contracts or obligations, or any obligations of the Principals and Indemnitors to the Surety under this Agreement or Other Agreements.

8.  **ASSIGNMENT, SECURITY AND EVENTS OF DEFAULT** - The Principals and Indemnitors hereby grant, assign, pledge and convey to the Surety, as security for the full performance of their obligations under this Agreement and for the payment of any other indebtedness or liability of the Principals and Indemnitors to the Surety, whether heretofore or hereafter incurred, a lien on and security interest in and to the Principals' and/or Indemnitors' interest, title and rights in the contracts or the obligations that are the subject of the Bonds, or that grow in any manner out of the Bonds, including without limitation, all proceeds thereof, whether such interest, title and rights are accounts or general intangibles (as defined in the relevant Uniform Commercial Code). This Agreement shall constitute a Security Agreement to the Surety and also a Financing Statement, both in accordance with the provisions of the Uniform Commercial Code of every jurisdiction wherein such Code is in effect, and may be so used by the Surety without in any way abrogating, restricting or limiting the rights of the Surety under this Agreement, under law or in equity. The Principals and Indemnitors hereby authorize Surety to file such financing statements as Surety deems necessary or appropriate to perfect the lien and security interests granted herein. While the lien and security interest granted to the Surety herein is effective immediately and may be evidenced by the filing of a financing statement by the Surety at any time, the Surety may exercise its remedies with respect to such lien and security interest hereunder and under applicable law only in the event of: 1) any abandonment, forfeiture or breach of any contract or obligations referred to in the Bonds or any breach of any Bonds; or 2) a default in discharging any other indebtedness or liability incurred in connection therewith, when due; or 3) any breach of this Agreement or any Other Agreements; or 4) any assignment by the Principals or Indemnitors for the benefit of creditors, or upon any one or more of the Principals' or Indemnitors' involvement in any agreement or proceeding of liquidation, receivership, or bankruptcy, whether insolvent or not. The Principals and Indemnitors hereby irrevocably grant, appoint and constitute the Surety as their attorney-in-fact with the full right and authority, but not the obligation, to exercise all rights of the Principals and Indemnitors assigned and set over to the Surety in this Agreement, including the authority to execute on behalf of the Principals and Indemnitors any documents or agreements deemed necessary and proper by the Surety in order to give full effect not only to the intent and meaning of the within assignments, but also to the full protection intended to be given to the Surety

under all other provisions of ___ Agre ___ nt. The Principals and Indemnitors hereby ratify ___ actio ___ ken and done by the Surety as attorney-in-fact.

9. TAKEOVER OF PERFORMANCE - Upon the happening of any of the events of default described in 1) through 4) of paragraph 8, irrespective of whether the Surety exercises any of its rights and remedies under paragraph 8, the Surety shall have the right, but not the obligation, with or without exercising any other right conferred upon it by law or under the terms of this Agreement, to take over part or all of the performance under any contract(s) or obligation(s) covered by any Bond, and at the expense of the Principals and Indemnitors to complete or arrange for the completion of the same, and the Principals and Indemnitors shall promptly, upon demand, pay to the Surety all losses, costs and damages of whatsoever kind or nature incurred by the Surety, including, but not limited to, counsel and consultant fees and expenses.

10. TRUST FUNDS - The Principals and Indemnitors hereby understand, agree and declare that all of their interest, title and rights in the contract or the obligations that are the subject of a Bond, or that grow in any manner out of said Bond, are trust funds, whether in the possession of the Principals or Indemnitors or otherwise, for the benefit of Surety for any liability or loss it may incur or sustain under said Bond, including but not limited to the payment of obligations incurred in the performance of the bonded contract or obligations; and, further, it is expressly understood, agreed and declared that these trust funds also inure to the benefit of the Surety for any liability or loss it may have or sustain under any other Bonds, under this Agreement, or under any Other Agreements, and this Agreement constitutes notice of the existence of such trust.

11. DISCHARGE/PLACE IN FUNDS - The Indemnitors will, within ten (10) business days after the date of Surety's written demand, either: (i) procure the discharge of the Surety from any Bonds and all liability by reason thereof, or, if the Indemnitors are unable to secure such discharge; (ii) the Indemnitors will place the Surety in immediately available funds in an amount equal to the aggregate amount of the penal sums of all Bonds for which discharge has been demanded, regardless of whether, with respect to any of said Bonds: (a) the Surety has established any reserve; (b) the Surety has made any payments or incurred any liability; or (c) the Surety has received any notice of any claims. The Surety shall send its written demand to the Indemnitors' last known address by overnight courier or by registered or certified mail, and such demand shall be effective upon the date of mailing by the Surety. The terms of this paragraph may be modified by a written amendment to this Agreement entered into by the Surety and the Indemnitors providing alternative methods of funding or collateralizing any bonded obligations, but Surety has no obligation to enter into any such alternative arrangements and may do so, or decline to do so, at its sole election and discretion. The Indemnitors hereby represent and acknowledge that if the Indemnitors breach their obligations set forth in this paragraph, the Surety will have no adequate remedy at law, will suffer irreparable harm, and shall be entitled to injunctive relief enforcing the terms of this paragraph, as well as a final decree, order or judgment granting Surety specific performance of the terms of this paragraph.

12. OTHER INDEMNITY - The addition to this Agreement of any Indemnitor, including any entities acquired after the date of this Agreement, may be effected by written amendment executed by such Indemnitor only. The Indemnitors shall continue to remain bound under the terms of this Agreement and any Other Agreements even though the Surety may from time to time heretofore or hereafter, with or without notice to or knowledge of the Indemnitors, accept indemnity obligations or collateral from, or release or reduce indemnity obligations or collateral of, any current or future Principals or Indemnitors for any reason. The Indemnitors waive notice of the Surety's acceptance, release or reduction of any indemnity obligations or collateral of any current or future Principals or Indemnitors, and agree that they shall make no defense to the enforcement of this Agreement or any Other Agreements based on such action by the Surety.

13. SURETIES - In the event the Surety procures the execution of any Bonds by other sureties, or executes any Bonds with co-sureties, or reinsures any portion of any Bonds with reinsuring sureties, then all the terms and conditions of this Agreement shall inure to the benefit of any such other sureties, co-sureties and reinsurers, their successors and assigns, as their interests may appear.

14. CHANGE IN CONTROL - The Indemnitors agree to provide the Surety with, at a minimum, forty-five (45) days prior written notice of a Change in Control (defined below) and to designate the name and address of the Indemnitor with whom the Surety should correspond with respect to this paragraph, which Indemnitor (hereinafter called the "Designated Indemnitor") all Indemnitors agree is designated to act on behalf of them pursuant to this paragraph. Upon receipt of such notice, the Surety shall advise the Designated Indemnitor, in writing by overnight courier or by registered or certified mail, of the Surety's election to either (i) approve such Change in Control; or (ii) demand that the Indemnitors procure the discharge of the Surety from any Bonds and all liability by reason thereof. If the Indemnitors fail to give the Surety timely notice of a Change in Control, or if the Surety does not approve the Change in Control and if such discharge is not procured to the sole satisfaction of the Surety then, immediately, upon the Surety's written demand, the Indemnitors shall deposit a sum of cash or collateral, of a type and value satisfactory to the Surety, equal to the aggregate penal sum of the then outstanding Bonds, as determined by the Surety in its sole discretion. The terms of this paragraph may be modified by a writing entered into by the Surety and the Indemnitors providing alternative methods of funding or collateralizing any bonded obligations, but Surety has no obligation to enter into any such alternative arrangements and may do so, or decline to do so, at its sole election and discretion. The Indemnitors hereby represent and acknowledge that if any Indemnitor breaches the obligations set forth in this paragraph, the Surety will have no adequate remedy at law, will suffer irreparable harm, and shall be entitled to injunctive relief enforcing the terms of this paragraph, as well as a final decree, order or judgment granting Surety specific performance of the terms of this paragraph.

"Change in Control" shall mean (in one transaction or a series of transactions): (a) the transfer, merger or consolidation of all or substantially all of the assets of any of the non-individual Indemnitors; (b) the acquisition by any person or group, directly or indirectly, of fifty (50%) percent or more of the beneficial ownership or control of any of the Indemnitors; or (c) the acquisition by any of the Indemnitors, directly or indirectly, of fifty (50%) percent or more of the beneficial ownership or control in any joint venture, subsidiary, division, affiliate, limited partnership, limited liability partnership, limited liability company or other entity through the issuance of ten (10%) percent or more of the voting power of the total outstanding voting stock of any of the Indemnitors.

15. INVALIDITY - Invalidity of any provision of this Agreement by reason of the laws of any jurisdiction shall not render the other provisions hereof invalid. In case any of the parties set forth in this Agreement fail to execute the same, or in case the execution hereof by any of the parties be defective or invalid for any reason, including lack of authority to bind any party, such failure, defect or invalidity shall not in any manner affect the validity of this Agreement or the liability hereunder of any of the parties executing the same, but each and every party so executing shall be and remain fully bound and liable hereunder to the same extent as if such failure, defect or invalidity had not existed. Each party agrees to execute promptly any documentation necessary to cure any such failure, defect or invalidity.

16. ENFORCEMENT - The availability of any particular right or remedy shall not be prejudiced by either (i) a delay by Surety in exercising it, or (ii) Surety's decision to exercise or not exercise any other right or remedy. The obligations of the Principals and Indemnitors hereunder shall be in addition to, and not in lieu of, their obligations to the Surety under any Other Agreements, and in the event of any conflict or inconsistency between the terms of this Agreement and the terms of any of the Other Agreements, the term or interpretation most favorable to the Surety, as determined by the Surety, shall control. Separate suits may be brought under this Agreement and any Other Agreements as causes of action accrue, and the bringing of suit or the obtaining of judgment or recovery of damages upon any cause of action shall not prejudice or bar the bringing of other suits or the obtaining of judgment or recovery of damages upon other causes of action, whether theretofore or thereafter arising. The Indemnitors' liability under this Agreement is joint and several, and the Surety may enforce any or all of the terms and conditions of this Agreement against any or all of the Indemnitors, or any combination of same but less than all of the Indemnitors, at the Surety's sole discretion and election.

17. GOVERNING LAW - This Agreement shall be governed by and construed in accordance with the laws of the State of New York (without giving effect to the conflict of laws principles thereof), except to the extent superseded by federal law.

Dated as of this ___15th___ day of ___April___ , in the year ___2005___

By signing below, each individu... ...til    is Agreement on behalf of a business entity, and    ...h be... ...s entity executing this
Agreement on behalf of another... ...ass ...ity, represents and warrants that he, she or it is o    ...thorized by Indemnitor to bind
Indemnitor to all of the terms and conditions of this Agreement:

**ATTEST OR WITNESS:**                            **BY:**

**Piel Corporation**
T.I.N. 73-1370453
4230 S Elwood Avenue
Tulsa, OK 74107

By: _____          By: _____ (Seal)
Joseph James Mowry                        James Douglas Picksticker
Secretary                                 President

**CORPORATE ACKNOWLEDGMENT**

STATE of Oklahoma

County of Tulsa                    ss.

On this 15th day of April , 2005 , before me personally appeared James Douglas Picksticker and Joseph James
Mowry, known by me to be the President and Secretary of the corporation described in and which executed the foregoing General
Agreement of Indemnity; and who being by me duly sworn, depose and say that that they know the seal of said corporation; that the seal
affixed to said Agreement is such corporate seal; that it was so affixed by the order of the Board of Directors of said corporation, and that
they signed their names thereto by like order.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL the day and year first above written.

_____ #05001740
(Signature of Notary Public)

(NOTARY SEAL)                Notary Public, residing at Tulsa OK
                             My commission expires 3-22-2007

## CORPORATE RESOLUTION

At a _____ meeting of the Board of Directors of <u>Piai Corporation</u> (hereinafter called the "Corporation"), duly called and held on the _15th_ day of _April_, _2005_, a quorum being present, the following Preamble was approved and Resolutions were adopted:

"WHEREAS, the Corporation has agreed to enter into a certain General Agreement of Indemnity in favor of Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, LM Insurance Corporation, The First Liberty Insurance Corporation, Liberty Insurance Corporation, and any other company that is part of or added to the Liberty Mutual Group for which surety business is underwritten by Liberty Bond Services or Liberty Mutual Surety (individually and collectively hereinafter called the 'Surety');

WHEREAS, the Corporation has a financial, material and beneficial interest in transactions in which (i) the Corporation, ____ ; (ii) any of its subsidiaries or affiliates, whether present or future, and whether directly or indirectly held; and (iii) any other entity or person in response to a request from any party described in items (i) or (ii) above (including requests from their agents, brokers or producers); and as to all of the foregoing, whether they act alone or in joint venture with others whether or not said others are named herein (individually and collectively hereinafter called "Principals"), have applied or will apply to the Surety for certain bonds, undertakings, recognizances, reinsurances, instruments of guarantee or other surety obligations (hereinafter called 'Bonds'); and

WHEREAS, the Surety has executed or is willing to consider the execution of the Bonds, as surety, upon being furnished with the written indemnity of the Corporation;

NOW, THEREFORE, BE IT:

RESOLVED, that the officers authorized to execute documents on behalf of the Corporation are authorized and empowered, at any time prior to or subsequent to the Surety's execution of any Bonds, to execute any indemnity agreement(s) that the Surety requires or may require as consideration for the Surety's execution of Bonds, of whatever kind or nature, on behalf of the Principal;

RESOLVED FURTHER, that said officers are authorized and empowered, at any time prior to or subsequent to the Surety's execution of any Bonds, to execute any and all amendments to any and all indemnity agreement(s); and to execute any other or further agreements relating to any such Bonds or to any collateral that may have been deposited with the Surety in connection therewith; and to take any and all other actions that may be requested or required by the Surety, in connection with any such Bonds;

RESOLVED FURTHER, that said officers are authorized and empowered to affix the corporate seal to any and all indemnity agreement(s), to any and all amendments to said indemnity agreement(s), and to any other or further agreements; and

RESOLVED FURTHER, that any and all actions heretofore taken by any representative of the Corporation in order to carry into effect the purposes of the foregoing resolutions, including the execution and delivery of any indemnity agreement(s) are hereby approved, ratified and confirmed."

I, <u>Joseph James Mowry</u>, Secretary of the Corporation, have compared the foregoing Preamble and Resolutions with the original thereof as recorded in the Minute Book of the Corporation; and do certify that the same are correct and true transcripts therefrom, and constitutes the whole of said original Preamble and Resolutions.

The officers authorized to execute documents on behalf of the Corporation include: <u>James Douglas Pietsticker, President,</u>

Given under my hand and the seal of the Corporation, in the City of ___Tulsa,___ State of ___OK___ on the _____ day of _15_, _April_ _2005_

_____
Joseph James Mowry, Secretary

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | ARROW TRUCKING CO. et al. |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Montgomery Com
(EXCEPT IN U.S. PLAINTIFF CASES)   PA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)   Tulsa County, OK
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Eric R. Stanco
Valerie E. Powell
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001     (202) 331-8822

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ○ E.  General Civil (Other)          OR          ○ F.  Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| **G. Habeas Corpus/ 2255** | **H. Employment Discrimination** | **I. FOIA/PRIVACY ACT** | **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(If Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| **K. Labor/ERISA (non-employment)** | **L. Other Civil Rights (non-employment)** | **M. Contract** | **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. Sec. 1335 and 49 U.S.C. Sec. 13906. Plaintiff has received multiple adverse claims against its bond and seeks relief in statutory interpleader.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   **JURY DEMAND:** YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  August 27, 2008   SIGNATURE OF ATTORNEY OF RECORD  _Wendi Elizabeth Powell_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.