CO-386-online
10/03

# United States District Court
# For the District of Columbia

LIBERTY MUTUAL INSURANCE )
COMPANY )
)
)
          Plaintiff )    Civil Action No._____
    vs )
ARROW TRUCKING CO. )
)
)
         Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Liberty Mutual Insurance Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Liberty Mutual Insurance Company__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                                 Attorney of Record

                                                                 */s/ Valerie Elizabeth Powell*
                                                                 Signature

__474117__
BAR IDENTIFICATION NO.

                                                               Valerie Elizabeth Powell
                                                               Print Name

                                                               126 C Street, N.W.
                                                               Address

                                                               Washington, DC     20001
                                                               City             State           Zip Code

                                                               202-331-8822
                                                               Phone Number