UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., <br><br> Plaintiff <br><br> v. <br><br> ARROW TRUCKING CO., *ET AL.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08 1507 <br> ) <br> ) **FILED** <br> ) <br> ) AUG 2 9 2008 <br> ) <br> ) Clerk, U.S. District and <br> Bankruptcy Courts |

## ORDER

Upon consideration of the Motion and supporting Memorandum submitted by Plaintiff, Liberty Mutual Insurance Company, and the entire record in this matter, it is hereby

**ORDERED** that plaintiff's Motion Pursuant to FRCP 67 to Deposit Funds Into the Registry of the Court be and hereby is GRANTED; and it is

**FURTHER ORDERED** that the Clerk of the Court shall accept and deposit into the Registry of the Court a check received from Liberty Mutual Insurance Company in the amount of $10,000.00.

SO ORDERED this 28th day of ~~July~~ August 2008.

_____
United States District Judge